No. 94. MAYOR AND BOARD OF ALDERMEN OF THE CITY OF NATCHEZ *v.* S. B. MCNEELY AND MRS. LOUISA MCNEELY, ADMINISTRATRIX; and

No. 108. MRS. LOUISA MCNEELY, ADMINISTRATRIX, *v.* MAYOR AND BOARD OF ALDERMEN OF THE CITY OF NATCHEZ. Appeals from the Circuit Court of Appeals for the Fifth Circuit. Submitted November 28, 1927. Decided December 5, 1927. *Per Curiam.* Affirmed on the authority of *Mayor and Board of Aldermen of the Town of Vidalia* v. *McNeely, Administratrix,* and *McNeely, Administratrix,* v. *Mayor and Board of Aldermen of the Town of Vidalia,* 274 U. S. 630. *Mr. John B. Brunini* for appellants in No. 94 and appellees in No. 108. *Messrs. L. T. Kennedy* and *Hugh Tullis* for appellees in No. 94 and appellant in 108.

---

No. 82. COMMERCIAL NATIONAL BANK OF MILES CITY, MONTANA, AND W. M. TURNER, RECEIVER, *v.* CUSTER COUNTY AND JOHN E. DECARLE, COUNTY TREASURER.

No. 83. SAME V. SAME; and

No. 84. MILES CITY NATIONAL BANK OF MILES CITY, MONTANA *v.* SAME. Error to the Supreme Court of the State of Montana. Argued November 28, 1927. Decided December 5, 1927. *Per Curiam.* Reversed on the authority of *First National Bank of Hartford* v. *Hartford,* 273 U. S. 548, 559, 560; *Minnesota* v. *First National Bank of St. Paul,* 273 U. S. 561, 567, 568. *Mr. Charles H. Loud,* with whom *Messrs. George N. Brown* and *Lewis J. Wallace* were on the brief, for plaintiffs in error. *Messrs. Rudolph Nelstead* and *A. H. Angstman,* with whom *Mr. L. A. Foot* was on the brief, for defendants in error.